**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:  415-772-4707
*lking@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (*pro hac vice* to be filed)
Jason A. Uris (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*ffox@kaplanfox.com*
*juris@kaplanfox.com*

*Counsel for Movant Christopher Tompkins and Proposed
Lead Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARSH PATEL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNOWFLAKE INC., FRANK SLOOTMAN, and MICHAEL P. SCARPELLI,<br><br>Defendants. | Case No.: 3:26-cv-1613-JD<br><br>**CLASS ACTION**<br><br>**NOTICE OF CHRISTOPHER TOMPKINS' NON-OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS**<br><br>Judge:  Hon. James Donato<br>Courtroom:  11, 19th Floor<br>Date:  June 4, 2026<br>Time:  10:00 a.m. |

Case No. 3:26-cv-1613-JD

Christopher Tompkins ("Tompkins") respectfully submits this non-opposition to the competing motions filed in the above captioned actions for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") and approval of Lead Counsel, 15 U.S.C. § 78u-4(a)(3)(B)(v). After reviewing the competing motions for Lead Plaintiff, it appears that Tompkins does not possess the largest financial interest among the movants.

Tompkins' non-opposition shall have no effect on, and is without prejudice to, his rights as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise. However, should the Court determine that any of the other movants with larger financial interests are incapable and/or inadequate to serve as Lead Plaintiff, Tompkins is ready, willing, and able to assume the role and take on all the responsibilities of Lead Plaintiff on behalf of the proposed class.

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

DATED:  May 8, 2026

By:     /s/ *Laurence D. King*
        Laurence D. King

Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:  415-772-4707
*lking@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (*pro hac vice* to be filed)
Jason A. Uris (admitted *pro hac vice*)
800 Third Avenue, 38th Fl.
New York, NY 10022
Telephone:  212-687-1980
Facsimile:  212-687-7714
*ffox@kaplanfox.com*
*juris@kaplanfox.com*

*Counsel for Movant Christopher Tompkins and Proposed Lead Counsel for the Proposed Class*